# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00743-CV

**In re Daniel Montes**

### ORIGINAL PROCEEDING FROM HAYS COUNTY

### O R D E R

**PER CURIAM**

Pro se appellant Daniel Montes filed a motion for rehearing and motion for en banc reconsideration in this case. He subsequently filed a notice seeking to withdraw those motions.

We grant the motion to withdraw and dismiss the motion for rehearing and motion for en banc reconsideration.

It is ordered on February 12, 2015.

Before Chief Justice Rose, Justices Goodwin and Field